UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAZARO EMANUEL BARCIA PINEDA,<br>Petitioner,<br>v.<br>CHRISTOPHER CHESTNUT,[1]<br>Respondent. | No. 1:26-cv-06276-DAD-AC (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 17) |

Petitioner is a federal immigration detainee proceeding through counsel with a first amended petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 18, 2026, the magistrate judge issued findings and recommendations recommending that the pending first amended petition (Doc. No. 14) be granted. (Doc. No. 17.) Specifically, the magistrate judge concluded that petitioner's detention violates due process. (*Id.* at 4–7.) The pending findings and recommendations were served on the parties and contained

[1] When petitioner filed his first petition, he only named the California City Detention Facility Warden as the respondent. (Doc. No. 1 at 1.) The amended petition has also named the acting field director of the United States Immigration and Customs Enforcement ("ICE"), the current or acting director of ICE, the current or acting secretary of the Department of Homeland Security, and the current or acting United States Attorney General as respondents as well. (Doc. No. 14 at 1.)

notice that any objections thereto were to be filed within three (3) days of service. (*Id.* at 8.) On November 20, 2026, respondents filed objections to the findings and recommendations which are comprised of a single sentence stating that respondents object for the reasons stated in their prior briefing. (Doc. No. 18.) These objections do not provide a basis upon which to reject the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

For the reasons above,

1. The findings and recommendations issued on November 18, 2026 (Doc. No. 17) are ADOPTED in full;
2. Petitioner's first amended petition for writ of habeas corpus, (Doc. No. 14) is GRANTED as follows:
    a. Respondents are ORDERED to immediately release petitioner Lazaro Emanuel Barcia Pineda, A-File No. 220-660-875, from respondents' custody on the same conditions, if any, he was subject to prior to his re-detention on or about May 16, 2026;
    b. Respondents are ENJOINED and RESTRAINED re-detaining petitioner for any purpose, absent exigent circumstances, without notice and a pre-deprivation hearing before an immigration judge at which hearing the government will have the burden of establishing that petitioner is a danger or flight risk by clear and convincing evidence;
3. The Clerk of Court is directed to serve the California City Immigration Processing Center with a copy of this order; and

/////

/////

/////

4. The Clerk of Court is also directed to enter judgment in favor of petitioner and close this case.

IT IS SO ORDERED.

Dated: **November 24, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE